HANNAH RANKIN, Respondent, *v.* ITTNER REALTY COR-
PORATION, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 215 App. Div. 673.

(Submitted December 8, 1925; decided December 15, 1925.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered October 30, 1925, affirming
a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that no question
of law is presented for review by this court.

*Herman Silverman* for motion.

*William B. Shelton* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EMIL KLATT, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 1, 1925; decided December 18, 1925.)

APPEAL from a judgment of the Supreme Court, rendered
June 10, 1925, at a Trial Term for the county of West-
chester upon a verdict convicting the defendant of the
crime of murder in the first degree.

*James F. Dalton* for appellant.

*Arthur Rowland, District Attorney (John M. Holzworth*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE,
ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.